UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081 CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
                          )
            Petitioner,   )
                          )
v.                        )
                          )
EILEEN HILL,              )
                          )
            Respondent.   )
_____)

PETITION TO ENFORCE INTERNAL REVENUE SUMMONS

The United States of America, by its attorney, Thomas E. Scott, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C., §§ 7402(b) and 7604(a) and 28 U.S.C., §§ 1340 and 1345.

II

K.A. Jerome is a revenue officer of the Internal Revenue Service, employed in the Collection Division of the Office of the District Director in Plantation, Florida, with a post of duty in Plantation, Florida. As a revenue Officer, she is authorized

to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. § 7602.

### III

The respondent, Eileen Hill, resides at 1441 N.W. 100th Way, Plantation, Florida 33322, which is within the jurisdiction of this Court.

### IV

Revenue Officer K.A. Jerome is conducting an investigation for the purpose of determining the tax liability of Eileen Hill for the years ended December 31, 1997 and December 31, 1998, and for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the respondent for the years under investigation.

### V

As part of the investigation, on September 8, 1999, Revenue Officer K.A. Jerome issued an Internal Revenue Service summons (Form 6638) directing the respondent to appear before the revenue officer, or any other designated agent of the Internal Revenue Service, on September 23, 1999, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as described in said summons. An attested copy of the summons was served on the respondent by Revenue Officer K.A. Jerome, on September 8, 1999, by handing the attested copy to the respondent. A copy of the summons is attached to the declaration

of Revenue Officer K.A. Jerome as Exhibit A-1, and incorporated herein by reference.

VI

The respondent did appear on September 23, 1999 in response to the summons but did not provide any of the information requested in the summons. The respondent agreed to reschedule the summons appearance for October 18, 1999. The respondent did not appear on October 18, 1999.

VII

On November 5, 1999, District Counsel sent a letter to the respondent offering another opportunity to satisfy the summons on November 30, 1999. A copy of that letter is attached to the declaration as Exhibit A-2. On November 30, 1999 the respondent did not appear.

VIII

The respondent's refusal to comply with the summons with respect to the years ended December 31, 1997 and December 31, 1998 continues to the date of this petition. The summons also requests information for the year ended December 31, 1996, but enforcement as to this year is not necessary since the respondent has provided this information.

IX

The respondent has in his possession, custody, or control information, books, records, papers, and other data which may be

relevant and material to the investigation.

### X

Except for some Wage Tax Statements (W-2) and Form 1099 information sought by the summons which may be in the possession of the Internal Revenue Service, but are not readily accessible without undue administrative burden and expense, the information, books, records, papers, and other data sought by the summons are not already in the possession of the Internal Revenue Service.

### XI

It is necessary and relevant to obtain the testimony and to examine the books, papers, records or other data sought by the summons, in order to complete the investigation of the federal income tax liability of Eileen Hill for the years ended December 31, 1997 and December 31, 1998.

### XII

All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

### XIII

A Justice Department referral, as defined by § 7602(c)(2) of the Internal Revenue Code of 1986, is not in effect with respect to Eileen Hill for the years under investigation.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why she should not comply with and obey the aforementioned summons and each and every requirement thereof;

2. That this Court enter an order directing the respondent to appear before Revenue Officer K.A. Jerome, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer K.A. Jerome and/or her designee, and to give testimony and produce for examination and copying the books, papers, records, or other data as demanded by the summons;

3. That the United States recover its costs of maintaining this action; and

4. That this Court grant such other and further relief as is just and proper.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *[signature]*
Carole M. Fernandez
Assistant United States Attorney
Court No. A5500016
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9003
Fax: (305) 530-7139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIV- |
| v. ) | Case No. |
| ) | |
| ) | |
| EILEEN HILL, ) | DECLARATION OF |
| ) | K.A. Jerome, Revenue Officer |
| Respondent. ) | INTERNAL REVENUE SERVICE |
| ) | |

K.A. Jerome, hereby declares as follows:

1. I am a duly commissioned revenue officer of the Internal Revenue Service, employed in the Collection Division of the Office of the District Director in Fort Lauderdale, Florida, with a post of duty in Plantation, Florida. As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C., Section 7602, Treas. Reg. Section 301.7602, and Internal Revenue Service Delegation Order No. 4 (as revised).

2. In my capacity as a revenue officer I am conducting an investigation for the determination of the federal income tax liability of Eileen Hill for the years ended December 31, 1997 and December 31, 1998, and for the purpose of inquiring into any offense connected with the administration or enforcement of the

EXHIBIT A

Internal Revenue laws concerning the respondent for the years under investigation

3. In furtherance of the investigation, on September 8, 1999, I issued an Internal Revenue Service Summons (Form 6638) to Eileen Hill directing the respondent to appear before me, or any other designated agent of the Internal Revenue Service, on September 23, 1999, to give testimony and to produce for examination and copying certain books, records, papers or other data, as described in said summons.

4. On September 8, 1999, I served an attested copy of the summons on the respondent by handing her said copy. Service of the summons is evidenced by the Certificate of Service on the reverse side of the summons. A copy of the summons is attached hereto and incorporated herein as Exhibit A-1.

5. On September 23, 1999, the respondent did appear in response to the summons but did not provide any of the information requested in the summons. The respondent agreed to reschedule the summons appearance on October 18, 1999. The respondent did not appear on October 18, 1999.

6. On November 5, 1999, District Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear on November 30, 1999 to satisfy the summons. A copy of the letter is attached hereto as Exhibit A-2. On November 30, 1999 the respondent did not appear.

7. The respondent's refusal to comply with the summons with respect to the years ended December 31, 1997 and December 31, 1998 continues to the date of this declaration. The summons also requests information for the year ended December 31, 1996, but enforcement for this year is not necessary since the respondent has provided this information.

8. Information, books, records, papers, and other data which may be relevant and material to the investigation are in the possession, custody or control of the respondent.

9. Except for some Wage Tax Statements (Form W-2) and Forms 1099 sought by the summons which may be in the possession of the Internal Revenue Service, but is not readily accessible without undue administrative burden and expense, the information, books, records, papers, and other data as sought by the summons are not already in the possession of the Internal Revenue Service.

10. It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation regarding the determination of the federal income tax liability of Eileen Hill, for the years ended December 31, 1997 and December 31, 1998.

11. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed,

12. A Justice Department referral, as defined by 26 U.S.C. § 7602, is not in effect with respect to Eileen Hill for the years under investigation. I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this 15th day of December, 1999.

K.A. Jerome
Revenue Officer
Internal Revenue Service

Form 6638(CG)
(Rev. October 1993)

# Summons



Department of the Treasury
**Internal Revenue Service**

Income Tax Return

In the matter of <u>Eileen Hill at 1441 NW 100th Way, Plantation, Florida 33322</u>

Internal Revenue District  South Florida

Periods  <u>US Individual Income Tax return for the period ending 12-31-96, 12-31-97, 12-31-98</u>

The Commissioner of Internal Revenue

To <u>Eileen Hill</u>

At <u>1441 NW 100th Way, Plantation, Florida 33322</u>

  You are hereby summoned and required to appear before <u>K.A. Jerome</u> or his/her designee, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years:

<u>for the calender years ending 12-31-96, 12-31-97, & 12-31-98</u>

These records and documents include, but are not limited to: Forms W-2 (Wage and Tax Statement), Forms 1099 for interest or dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money).  Include all documents and records about any income you assigned to any other person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: <u>12-31-96, 12-31-97, & 12-31-98</u>

We have attached a blank return to guide you in producing the necessary documents and records.

> I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.
>
> _Mrs Ka Jerome Revenue Officer_
> Signature and title of the IRS official serving the summons    Badge # 65-027

Business address and telephone number of Internal Revenue Service officer named above:
<u>STOP 5180 7850 SW 6th Ct.  GROUP 1800, PLANTATION, FLORIDA 33324  (954)423-7368</u>

  Place and time for appearance:
  at <u>STOP 5180 7850 SW 6th Ct.  GROUP 1800, PLANTATION, FLORIDA 33324</u>
  on the <u>23</u> day of <u>September</u> 19<u>99</u> at <u>9</u> o'clock <u>A</u> M.
  Issued under authority of the Internal Revenue Code this <u>8th</u> day of <u>September</u>, 19<u>99</u>

_Mrs Ka Jerome_                                              Revenue Officer
Signature of Issuing Officer                                  Title

_____
Signature of Approving Officer (if applicable)                Title

EXHIBIT A-1                                          Form 6638(CG) (Rev. 10-93)



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons attached to this form on:
Date: 9/8/1999
Time: 11:55 AM

## How Summons Was Served

☒ I handed an attested copy of the summons to the person to whom it was directed.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Signature: K A Jerome
Title: Revenue Officer

# OFFICE OF CHIEF COUNSEL
# INTERNAL REVENUE SERVICE

**DISTRICT COUNSEL**
South Florida District
51 SW First Avenue
Room 1114, Stop 8000
Miami, Florida 33130
FAX (305) 982-5406

CC:SER:SFL:MIA:GL-609823-99
DLAlfano
NOV 0 5 1999

Eileen Hill
1441 N.W. 100th Way
Plantation, FL 33322

In re: Eileen Hill - Summons (Form 6638)

Dear Ms. Hill:

The District Director of Internal Revenue has notified our office that you did not comply with the provisions of the summons served on you on September 8, 1999. Under the terms of the summons, you were required to appear before Revenue Officer K.A. Jerome on September 23, 1999.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before the revenue officer at the following appointment:

    Name:    K.A. Jerome
    Date:    November 30, 1999
    Time:    10:00 a.m.
    Address: Stop 5180, 7850 S.W. 6th Court, Group 1800
             Plantation, Florida 33324

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer K.A. Jerome at (954) 423-7368.

Sincerely,

DAVID R. SMITH
District Counsel

By: *[signature]*
ELLEN T. FRIBERG
Assistant District Counsel

cc: K.A. Jerome, Revenue Officer

**EXHIBIT A-2**

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

00-6081

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

HILL, EILEEN

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER
BROWARD

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

B. Broward / 0:00cv6081/Zloch/Seltzer

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
United States Attorney's Office
99 N.E. Fourth Street
Miami, Fl 33132 Tel: (305) 961-9003

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- XX 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- XX 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | B☐ 640 R.R. & Truck |  | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability |  | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / B☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | / A☐ 535 Death Penalty |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / B☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | XX 890 Other Statutory Actions XX A OR B |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / B☐ 550 Civil Rights |  | A☐ 871 IRS – Third Party 26 USC 7609 |  |
|  | / B☐ 555 Prison Condition | A☐ 791 Empl. Ret. Inc. Security Act |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

I.R.S. SUMMONS ENFORCEMENT ACTION
26 U.S.C. §§7402(b) & 7604(a)

LENGTH OF TRIAL
via 1 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES XX NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: Jan. 18, 2000

SIGNATURE OF ATTORNEY OF RECORD
Carole Fernandez
CAROLE M. FERNANDEZ, ASSISTANT U.S. ATTORNEY

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____