civilcov.sheet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 00-6081

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,   )
                            )
        Petitioner,         )
                            )
v.                          )
                            )
EILEEN HILL,                )
                            )
        Respondent.         )
_____)

**CIVIL COMPLAINT COVER SHEET**

1.   Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __X__ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____
Carol M. Fernandez
Assistant United States Attorney
Court No. A5500016
99 N. E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9003
Fax: (305) 530-7139