UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CIV

THE UNITED STATES OF AMERICA,

    Petitioner,

vs.

**ORDER TO SHOW CAUSE**

EILEEN HILL,

    Respondent.
_____/

Upon the Petition of the United States of America, by its attorney, Thomas E. Scott, United States Attorney for the Southern District of Florida, and the Declaration of K.A. Jerome, Revenue Officer of the Internal Revenue Service, and exhibits attached thereto, it is

**ORDERED AND ADJUDGED** as follows:

1. That EILEEN HILL appear before the United States District Court for the Southern District of Florida, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida on Friday, March 3, 2000, at 11:00 a.m., to show cause why she should not be compelled to obey the Internal Revenue Service summons served upon her on September 8, 1999;

2. Failure of the Respondent, EILEEN HILL, to appear before this Court at the time, date and place set forth in Paragraph No.



1 above may result in EILEEN HILL being held in contempt of this Court and may further result in a Bench Warrant being issued for her arrest;

3. EILEEN HILL may purge herself by complying with the aforementioned Internal Revenue Service summons at any time prior to the hearing date set forth in Paragraph No. 1 above;

4. The Petitioner <u>shall</u> cause a true and correct copy of this Order To Show Cause, the Petition and Exhibits thereto, to be <u>personally</u> served upon the Respondent, EILEEN HILL, ten (10) days prior to the hearing date set forth in Paragraph No. 1 above, and to file a completed Return of Service reflecting same; and

5. In <u>addition</u> to the aforementioned court appearance, a written response may be filed by the Respondent. Any such response shall be filed with this Court and served upon the United States within five (5) days from service of a copy of this Order, the Petition and Exhibits attached thereto.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
See attached Mailing List

THE UNITED STATES OF AMERICA v. EILEEN HILL
CASE NO. 00-6081-CIV-ZLOCH


Carole M. Fernandez, Esq.
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

K.A. Jerome, Revenue Officer
Internal Revenue Service
Stop 5180
7850 S.W. 6th Court
Group 1800
Plantation, FL 33324