UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6081-CIV-ZLOCH

UNITED STATES OF AMERICA, )
                          )
     Petitioner,          )
                          )
v.                        )
                          )
EILEEN HILL,              )
                          )
     Respondent,          )
_____)



### NOTICE TO THE COURT

Pursuant to this Court's Order of January 20, 2000, Petitioner United States wishes to inform this court that it has complied with paragraph 4 of said Order. Attached is a copy of a completed Proof of Service completed by K.A. Jerome, Revenue Officer, Internal Revenue Service.

                    Respectfully submitted,

                    THOMAS E. SCOTT
                    UNITED STATES ATTORNEY


              By:   /s/ Marcella Cohen-Auerbach
                    MARCELLA COHEN-AUERBACH
                    Assistant United States Attorney
                    United States Attorneys Office
                    500 E. Broward Blvd.
                    Ft. Lauderdale, Florida 33394
                    (954) 356-7314
                    Fax: (954) 356-7180

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time was mailed this 3 day of February, 2000, to:

> EILEEN HILL
> 1060 Sunset Strip
> Suite B
> Sunrise, Florida 33313

MARCELLA COHEN-AUERBACH
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6081-CIV-ZLOCH

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
EILEEN HILL,　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　　　　Respondent.　　　　　　)
　　　　　　　　　　　　　　　　)
_____)

## PROOF OF SERVICE

I HEREBY VERIFY under penalty of perjury that I personally served a copy of the Order to Show Cause Directing Respondent to Comply with the Internal Revenue Service Summons to Eileen Hill, on January 25, 2000 at 1 p.m., at 1060 Sunset Strip, Suite B, Sunrise, Florida 33313. I also sent a copy of the Order to the last known address of the respondent by certified mail on January 27, 2000.

Dated: January 27, 2000

K. A. Jerome — Badge #65-0273
REVENUE OFFICER
INTERNAL REVENUE SERVICE