UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA    CASE NO. 00-6081-CIV

Petitioner,

vs.



FILED by _____ D.C.

MAR 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

EILEEN HILL

Respondent,

_____

## MOTION FOR CONTINUANCE

COMES NOW Eileen S. Hill, pro se, the Respondent and files this her Motion for Continuance of Order to Show Cause Hearing and as grounds therefore states the following:

1. This court entered it's Order to Show Cause and scheduled a hearing for same for March 3, 2000.

2. Said hearing is to show cause why respondent has not complied with the summons of the service dated September 8, 1999.

3. Respondent has met with the agent each and every time agent demanded a m meeting and has filed with the agent her 1996 return. There remains only the 1997 and 1998 returns in question.

4. Respondent has represented to agent all along that these returns would result in no tax being due and in fact the 1996 tax return filed with agent Jerome reflects no tax due from respondent for that year.

5. Respondent has completed the preliminary paperwork for reporting 1997 and 1998 returns and turned same over to her accountant. Said returns should be ready within ten days and respondent avers that the returns will report no tax due from Respondent.

6. Respondent inadvertently notated this hearing for the 13th of the month of March.

7. As a result of that error Respondent has committed to be the sole chaperone for a school trip for her minor child and two other children to Orlando. The trip begins today and ends March 5th, 2000. Respondent therefore will not be here on March 3rd, 2000.

8. This continuance cannot harm the service and may result in the cancellation of said hearing all together inasmuch as the 1997 and 1998 returns should be done and reported within the next ten days.

Wherefore, respondent respectfully requests a short continuance of this matter until her return to the area on March 5th, 2000.

_____
EILEEN S. HILL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the above has been sent to: Carole M. Fernandez, Esq.; United States Attorney's Office; 99 N. E. 4 St., Ste. 300; Miami, Fl. 33132; K. A. Jerome, Revenue Officer, Internal Revenue Service, Stop 5180; 7850 S. W. 6 Ct., Group 1800; Plantation, Fl. 33324, this 1st day of March, 2000.

_____
EILEEN S. HILL