UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CIV-ZLOCH

THE UNITED STATES OF AMERICA,

    Petitioner,

vs.                                         O R D E R

EILEEN HILL,

    Respondent.
_____/

FILED by ____ D.C.
MAR 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Respondent, Eileen S. Hill's, Motion For Continuance, bearing file stamp of the Clerk of this Court dated March 1, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Respondent's aforementioned Motion For Continuance be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___1st___ day of March, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

See attached Mailing List

THE UNITED STATES OF AMERICA v. EILEEN HILL
CASE NO. 00-6081-CIV-ZLOCH


Eileen Hill, <u>Pro Se</u>
1441 N.W. 100th Way
Plantation, FL 33322
    and
Eileen S. Hill, Inc.
1060 Sunset Strip, Suite B
Sunrise, FL 33313

Carole M. Fernandez, Esq.
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL 33132

K.A. Jerome, Revenue Officer
Internal Revenue Service
Stop 5180
7850 S.W. 6th Court
Group 1800
Plantation, FL 33324