CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.G.
MAR 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE WILLIAM J. ZLOCH

CASE NO **00-6081-CIV-ZLOCH**   DATE **3/3/00**

COURTROOM CLERK **Carline Newba**   COURT REPORTER **Carl Schanzleh**

**United States of America** vs **Eileen Hill**

COUNSEL **Marcella Cohen-Auerbach**   COUNSEL _____

REASON FOR HEARING **Show Cause Hearing**

RESULT OF HEARING **Respondent not present; Petitioner moves for civil contempt, Petitioner moves for Arrest warrant; In the Alternative Petitioner moves to reset hearing; Court reserves on motion; if Resp fails to appear ct will issue warrant for arrest**

CASE CONTINUED TO **3/6/00**   TIME **9:30 am** FOR **Hearing**

MISC _____