CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILLIAM J. ZLOCH



CASE NO  00-6081          DATE  3/6/00
COURTROOM CLERK  Michael Sullivan   COURT REPORTER  Carl Schanzleh

United States of America   vs   Eileen Hill

COUNSEL  Marcella Cohen-Auerbach     COUNSEL  Pro Se

REASON FOR HEARING  Show Cause Hearing

RESULT OF HEARING  Respondent in compliance

CASE CONTINUED TO _____ TIME _____ FOR _____
MISC _____

