UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6081-CIV-ZLOCH

UNITED STATES OF AMERICA, )
                          )
    Petitioner,           )
                          )
v.                        )
                          )
EILEEN HILL,              )
                          )
    Respondent,           )
_____)



### MOTION TO DISCONTINUE

The United States moves to discontinue this proceeding for the reason that the taxpayer information from the respondent, Eileen Hill has been secured and upon the recommendation of K.A. Jerome, Revenue Office, Internal Revenue Service in the above-captioned case.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

                    By:  _____
                         MARCELLA COHEN-AUERBACH
                         Assistant United States Attorney
                         United States Attorneys Office
                         500 E. Broward Blvd.
                         Ft. Lauderdale, Florida 33394
                         (954) 356-7314
                         Fax: (954) 356-7180



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Extension of Time was mailed this 7 day of March, 2000, to:

EILEEN HILL
1441 N.W. 100 Way
Plantation, Florida 33322

MARCELLA COHEN-AUERBACH
Assistant U.S. Attorney