UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6081-CIV-ZLOCH

UNITED STATES OF AMERICA, )
                          )
        Petitioner,       )
                          )
v.                        )
                          )
EILEEN HILL,              )
                          )
        Respondent,       )
_____)

## NOTICE OF DISMISSAL

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney and for the reasons stated below, files this Notice of Dismissal pursuant to Fed R.Civ P., Rule 41. In support thereof the government states that K.A. Jerome, Revenue Officer, Internal Revenue Service has informed the undersigned that the taxpayer has complied with the summons issued by the Internal Revenue Service.

Wherefore, for the foregoing reasons, the defendant respectfully requests that this Honorable Court dismiss the instant action.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
MARCELLA COHEN-AUERBACH
Assistant United States Attorney
Florida Bar No. 249335
United States Attorneys Office
500 E. Broward Blvd.
Ft. Lauderdale, Florida 33394
(954) 356-7314
Fax: (954) 356-7180

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 10th day of March, 2000, to:

EILEEN HILL
1441 N.W. 100 Way
Plantation, Florida 33322

_____
MARCELLA COHEN AUERBACH
Assistant U.S. Attorney