UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6081-CIV-ZLOCH



UNITED STATES OF AMERICA,

    Petitioner,

vs.                                    **FINAL ORDER OF DISMISSAL**

EILEEN HILL,

    Respondent.
_____/

THIS MATTER is before the Court upon the Petitioner, United States of America's, Notice Of Dismissal, bearing file stamp of the Clerk of this Court dated March 10, 2000. The Court has carefully reviewed said Notice and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.   Plaintiff's Notice Of Dismissal be and the same is hereby approved, adopted and ratified by the Court;

    2.   The above-styled cause be and the same is hereby **DISMISSED,** each party to bear its own costs and fees; and

    3.   To the extent not otherwise disposed of herein, all

pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _16th_ day of March, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Marcella Cohen Auerbach, Esq., AUSA

Eileen Hill, Respondent Pro Se
1441 N.W. 100th Way
Plantation, Florida 33322